# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2025

## NO. 03-24-00267-CV

**Fern Bluff Municipal Utility District, Appellant**

**v.**

**Nick Steward and Whendy Martinez, Appellees**

### APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
### REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on March 28, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.